# Third District Court of Appeal

## State of Florida

Opinion filed May 26, 2021.
Not final until disposition of timely filed motion for rehearing.

_____

No. 3D19-1068
Lower Tribunal No. 15-13820
_____

**Lupetto, Inc.,**
Appellant,

vs.

**South Bay Developers Group, LLC, etc., et al.,**
Appellees.

An appeal from the Circuit Court for Miami-Dade County, Charles Johnson, Judge.

Charles J. Zimmerer, for appellant.

Waldman Barnett, P.L., and Glen H. Waldman, for appellees.

Before SCALES, MILLER, and GORDO, JJ.

ON MOTION FOR REVIEW
OF ORDER AWARDING APPELLATE ATTORNEYS' FEES

PER CURIAM.

Affirmed.